# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | For payments Only |
| **Trustee** | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Bonnie Baker, Esq.** | | Memphis, TN 38101-1918 |
| **Assoc. Attorney** | | |

October 12, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   06-12357         Kelley & Debra Tremblay

To Whom It May Concern:

Enclosed please find check #**921976** in the amount of $.01. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:     Kelley & Debra Tremblay
                   26 1st Avenue
                   Waterford, NY 12188

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli